AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>ERIC REGINALD WOODS<br><br>Defendant(s) | )<br>)<br>)  Case No. 2:25-mj-177-BR<br>)<br>)<br>)<br>) |

FILED
NOV - 4 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
By_____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 1, 2024__ in the counties of __Potter and Randall__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | Felon in Possession of a Firearm. |

This criminal complaint is based on these facts:
Please see attached affidavit.

☒ Continued on the attached sheet.

_____
Complainant's signature

Shea Lichtie, FBI TFO
_____
Printed name and title

Attested to by the applicant in accordance with the requirement of Fed. R. Crim. P. 4.1 by telephone this __4th__ day of __November__, 2025.

Date: __11/4/25__

_____
Judge's signature

City and state: __Amarillo, TX__

Lee Ann Reno, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Shea Lichtie, being duly sworn under oath, do hereby depose and state: I am a Task Force Officer with the FBI, and I have been so employed since 2022. I have been employed as a Police Officer with the City of Amarillo since 2008. As part of my official duties, I have conducted and participated in investigations relating to firearms investigations and crimes of violence.

The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses.  Because this affidavit is submitted for the limited purpose of establishing probable cause to believe a crime has been committed and that the defendant committed it, I have not included every fact known to me in this affidavit.

As a result of my training and experience, I am familiar with federal firearms laws, including 18 U.S.C. §§ 922(g)(1), 924(a)(8), which makes it unlawful for a convicted felon to possess a firearm.  There are four elements to this offense: (1) that the defendant knowingly possessed a firearm as charged; (2) that before the defendant possessed the firearm, the defendant had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year; (3) that the defendant knew the defendant had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year; and (4) that the firearm possessed traveled in or affected interstate or foreign commerce; that is, before the defendant possessed the firearm, it had traveled at some time from one state to another or between any part of the United States and any other

1

country. Eric Woods violated these criminal statutes by possessing firearms as a convicted felon on or about December 1, 2024.

*Possession of the Firearms*

On or about December 1, 2024, Amarillo Police Officers conducted a traffic stop on a 2004 Chevrolet Malibu for expired registration. Amarillo Police Officers (or "APD") identified Eric Woods as the driver and Jamiara Bates as the front right passenger. Woods and Bates were found to have arrest warrants. Woods was informed of his warrant and attempted to flee and resisted officers. He was arrested and later booked into Potter County Jail. During the traffic stop, Officers located a loaded Sig Sauer 9mm caliber pistol bearing serial number 24B161791 with a Gmconn weapon-mounted flashlight. The pistol was loaded with Winchester 9mm rounds with silver shell casing and Sig 9mm rounds.

On August 1, 2024, APD investigators had recovered a Winchester 9mm silver shell casing from the scene of a shooting at Hayden and the Interstate 40 Frontage Road. Woods was a suspect in that August 1, 2024, aggravated assault shooting event. Because Woods was a suspect in that shooting and because the ammunition in the pistol located in Woods' vehicle was identical brand and appearance to the shell casing from the scene of the August 1, 2024, shooting, investigators requested that the Sig Sauer located in Woods' vehicle be test fired and compared to the recovered shell casing from August 1, 2024. The results of the NIBIn comparison revealed that the test fire shell casing and the shell casing from August 1, 2024, were a match, indicating they were both fired from the same firearm, specifically the Sig Sauer 9mm caliber pistol bearing serial number

24B16791.

As part of the aggravated assault investigation, a search warrant was obtained and executed for Eric Woods' cellphone. After the recovery of the Sig Sauer pistol, investigators reviewed Woods' cellphone data for photos of the Sig Sauer pistol recovered on December 1, 2024. The review revealed Woods had multiple photos of the Sig Sauer pistol with a Gmconn weapon-mounted flashlight, identical to the pistol recovered by APD on December 1, 2024. Further, the review showed multiple text messages showing Woods communicated with multiple persons that the pistol was for sale along with photos of the pistol with the light.

*Felony Conviction*

On March 7, 2016, Eric Woods was convicted of violating Health and Safety Code 481.134(c), Manufacture or Delivery of a Controlled Substance PG One 1 gram in a Drug Free Zone. He was sentenced to 20 years in cause number 66082-A, in the 47th District Court, Amarillo, Texas.

*Interstate or Foreign Nexus*

Sig Sauer is a firearm manufacturer that operates in Newington, New Hampshire. Because Sig Sauer was not manufactured in the State of Texas, the firearm must have traveled in or affected interstate or foreign commerce; that is, before Eric Woods possessed the firearm, the firearm traveled at some time from one state to another or between any part of the United States and any other country.

Based on my training, education, and experience, and the information provided to me, I believe that Eric Woods violated Title 18, United State Code, Sections 922(g)(1) and 924(a)(8), by being a convicted felon in possession of firearms.

*Shea Lichtie*
Shea Lichtie
Task Force Officer
Federal Bureau of Investigation

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 on the 4th day of November, 2025.

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on 11/4/25.

*Lee Ann Reno*
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

4